# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (CLEVELAND)

| | | |
|---|---|---|
| CHARLES M. ANDREWS, JR., et al, | ) | CASE NO. 1:14 CV 02061 |
| | ) | |
| Plaintiffs | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs | ) | |
| | ) | |
| TD AMERITRADE, INC. | ) | **PLAINTIFFS' NOTICE OF** |
| | ) | **DISMISSAL** |
| Defendant | ) | |

Now come Plaintiffs, by and through undersigned counsel, pursuant to Fed. Civ. R. P. 41 (a)(1)(i), who hereby dismiss Plaintiffs' Complaint at Plaintiffs' court costs without prejudice.

        Respectfully submitted,

        /s/ Erik L. Walter
        ERIK L. WALTER, ESQ. (#0078988)
        DWORKEN & BERNSTEIN CO., LPA
        60 South Park Place
        Painesville, OH 44077
        (440) 352-3391
        (440) 352-3469 [facsimile]
        ewalter@dworkenlaw.com
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) (February 19, 2015):

Barbara Friedman Yaksic, Esq.

                                         /s/Erik L. Walter
                                         ERIK L. WALTER (#0078988)
                                         DWORKEN & BERNSTEIN CO., L.P.A.
                                         Attorney for Plaintiffs